FILED

JUL 2 3 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>HEARTWAY CORP.,<br>    d/b/a AVALON PLACE,<br>        Defendant. | §<br>§<br>§<br>§<br>§ Civil Action No. SA-02-CA-0081<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT ORDER ENTERING SETTLEMENT AGREEMENT

On this day came on to be heard the parties' Joint Motion to Enter Settlement Agreement. After reviewing the Settlement Agreement, the Court finds that all issues in the Complaint have been disposed of, that the parties are in agreement, and that the Settlement Agreement should be entered.

It is therefore ordered that the Settlement Agreement is hereby entered. The Court shall retain jurisdiction to enforce the terms and conditions as set forth in the Settlement Agreement, which is attached to the parties' Joint Motion to Enter Settlement Agreement.

Signed this 23rd day of July ,2003.

_____
ROYAL FURGESON
UNITED STATES DISTRICT JUDGE

44